# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br>NICOLE RICE,<br><br>　　　　Defendant. | Case No.: 13CR4510-JAH<br><br>JUDGMENT DISMISSING WITHOUT PREJUDICE THE SUPERSEDING INDICTMENT AGAINST DEFENDANT NICOLE RICE |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing, IT IS HEREBY ORDERED that the Superseding Indictment against defendant NICOLE RICE is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: March 6, 2017

_____
Hon. John A. Houston
United States District Judge