UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

17 MAR -6 PM 12:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>NICOLE LEE RICE,<br><br>          Defendant. | CASE NO. 13-cr-04510-JAH-22<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offenses as charged in the Indictment:

    18:1962(d); 18:1963, 1594(d) and 2428(a) - Conspiracy to Conduct Enterprise Affairs Through A Pattern of Racketeering Activity

---

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 03/06/2017

_____
John A. Houston
U.S. District Judge